In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00114-CR

_____

IN RE GEORGE JONES

Original Proceeding

**MEMORANDUM OPINION**

A petition for writ of mandamus filed by George Jones seeks to compel the judge of the 410th District Court of Montgomery County to add five days of pre-sentence jail time credit for time Jones spent in jail from October 8, 2003 to October 13, 2003. *See Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010). The State's response to the petition includes a judgment nunc pro tunc that adds five additional days to the jail time credit listed in the original judgment. The judgment nunc pro tunc was signed before the relator filed his petition for writ of

mandamus.[1] Because the relator has not shown that he has been denied pre-sentence jail time credit, we deny the petition for writ of mandamus. *See In re Brown*, 343 S.W.3d 803, 804-05 (Tex. Crim. App. 2011) (mandamus relief is available only if the right to additional pre-trial jail time credit is absolutely indisputable).

PETITION DENIED.

PER CURIAM

Submitted on March 24, 2014
Opinion Delivered April 9, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[1]The mandamus record does not show whether the relator was notified that the judgment nunc pro tunc had been signed.